IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **GARY WILLIAMS,**<br>    *Plaintiff,*<br><br>v.<br><br>**HILLCREST, DAVIDSON AND ASSOCIATES, LLC,**<br>    *Defendant.* | §<br>§<br>§<br>§    **6:21-CV-01113-ADA-DTG**<br>§<br>§<br>§<br>§<br>§ |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION AND FINAL DEFAULT JUDGEMENT**

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland. ECF No. 12. The report recommends that this Court grant Plaintiff's Motion Default Judgment (ECF No. 7). The report and recommendation was filed on June 5, 2023.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland (ECF No. 12) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment (ECF No. 7) is **GRANTED**.

It is hereby **ORDERED, ADJUDGED AND DECREED** that Plaintiff Gary Williams have and recover of and from Defendant Hillcrest, Davidson and Associates, LLC, jointly and severally, the principal sum of $16,000.00.  Plaintiff Gary Williams is allowed such writs and processes necessary to enforce and collect this judgment.  All relief not expressly granted herein is denied.

**SIGNED** this 31th day of July, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE